**Avon DAVIES, Plaintiff—Appellant,**

v.

**KANE, Respondent—Appellee.**

**No. 07–17337.**

United States Court of Appeals, Ninth Circuit.

Submitted July 14, 2008.*

Filed July 21, 2008.

Avon Davies, Soledad, CA, pro se.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

USSF–Office of the U.S. Attorney, San Francisco, CA, for Defendant–Appellee.

Before: SCHROEDER, LEAVY and IKUTA, Circuit Judges.

## MEMORANDUM **

A review of the record and appellant's opening brief indicates that the questions raised in this appeal are so insubstantial as not to require further argument. *See United States v. Hooton*, 693 F.2d 857, 858 (9th Cir.1982) (per curiam) (stating standard). Accordingly, we summarily affirm the district court's judgment.

All pending motions are denied as moot.

The Clerk shall send appellant a copy of the public docket in number 07–74337.

**AFFIRMED.**

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

